UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

MISCELLANEOUS NO. 04-1-HRW

UNITED STATES OF AMERICA,                                                         PLAINTIFF,

V.                                            ORDER

GREG SCOTT GALLION,                                                                DEFENDANT.

This matter is before the Court upon petition of the United States Probation Office that the Defendant show cause why his supervised release should not be revoked.

By Order dated October 18, 2005, the Court referred this matter to United States Magistrate Judge J. Gregory Wehrman for an evidentiary hearing. [Record No. 6]. The Magistrate Judge conducted the hearing on October 26, 2005 [Record No. 8] and issued a report and recommendation. [Record No. 10]. The Magistrate Judge found the Defendant to have violated the terms of his supervised release. The Magistrate Judge recommended that the Defendant be sentenced to the custody of the Attorney General for a period of twenty-four (24) months with no supervised release to follow and that the sentence be served at FCI-Ashland.

The parties did not file objections to the report and recommendation and the time for doing so has now passed. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion. Because no objections were filed, the Defendant has waived his right to further appeal. *Thomas v. Arn*, 728 F. 2d 813, 814 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985).

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1) that the Magistrate Judge's report and recommendation [Record No. 10] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2) that in conformity therewith, **IT IS ORDERED** that the Defendant be remanded to the custody of the Attorney General, or his authorized representatives for a period of **TWENTY-FOUR (24)** months with no supervised release to follow. The Court recommends that that the sentence be served at FCI-Ashland

This November 10, 2005.

Signed By:
Henry R Wilhoit Jr.
United States District Judge